```
┌─────────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA          │
│       CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0140--CR (HRH)        │
│                    "USA V CARLOS CHAVEZ-HERNANDEZ"                         │
│                    DEF 1.1 CHAVEZ-HERNANDEZ, CARLOS                        │
├───────────────────────────────────────────────────────────────────────────┤
│          Including terminated defendants, excluding terminated counsel      │
└───────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 09/20/00
            Closed: 01/04/01
No. of Defendants: 1
   MJ Case Number:
               AKA: CHAVEZ, CARLOS, GONSALES, CARLOS, HERNANDEZ-CHAVEZ, CARLOS
                    GONZALEZ-HERNANDEZ, CARLOS, SANDOVAL, CARLOS, CHAVEZ-SANDOVAL, CARLOS &
                    HERNANDEZ, ERIC
  Location status: U.S. Custody
        Trial date:
        Terminated: YES
Needs interpreter: YES
Counsel of record: Carlos Chavez Hernandez
                    Pro Per: 13405-006
                    POB 3001-0001
                    California City, CA 93504
                    Serve: YES
                     Type: Waived or Self
                     Role: Other


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 CHAVEZ-HERNANDEZ, CARLOS

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 8:1326(a) & (b)(1) UNLAWFUL REENTRY OF DEPORTED ALIEN REMOVED FOLLOWING A CONVICTION FOR A FELONY (F) | Sentenced (20-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0140--CR (HRH)
"USA V CARLOS CHAVEZ-HERNANDEZ"

For all filing dates

Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
Filed: 09/20/00
Closed: 01/04/01
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/20/00 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 09/21/00 | [Re: DEF 1] Issued WOA. |
| 2 - 1 | 09/21/00 | [Re: DEF 1] AHB Grand Jury Minutes held 09/20/00: WOA to be issued; def in INS custody.  Set for arr & notify USM. Bail: detention. |
| NOTE - 2 | 09/28/00 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 9/28/00. |
| 3 - 1 | 09/29/00 | [Re: DEF 1] Financial Affidavit. |
| 4 - 1 | 09/29/00 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, FPD, USM, PO |
| 5 - 1 | 09/29/00 | [Re: DEF 1] USM Return of WOA executed on 9/28/00. |
| 6 - 1 | 09/29/00 | [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 10/17/00.  cc: USA, FPD |
| 7 - 1 | 09/29/00 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] of arr on Indt (held 9/29/00); def plead not guilty; FPD appointed; def detained pending trial; ptms due 10/17/00. |
| 8 - 1 | 09/29/00 | [Re: DEF 1] PLF 1 discovery conf certificate. |
| NOTE - 3 | 10/03/00 | Issued: Speedy Trial Notice to Judge Singleton. cc: Patty Demeter |
| 9 - 1 | 10/03/00 | [Re: DEF 1] JKS Minute Order setting trial by jury for 12/04/00 at 9:00 am & FPTC set for 11/28/00 at 1:30pm . cc: USA, FPD, USM, PO, jury clerk, MJ Branson |
| 10 - 1 | 10/04/00 | [Re: DEF 1] JKS Order appointing interpreter: Yolanda Salazar-Hobrough. cc:  USA, FPD, USM, PO, Finance, Chief Deputy, Y. Salazar-Hobrough (w/pkt) |
| 11 - 1 | 11/27/00 | DEF 1 Notice of Intent to change plea. |
| 12 - 1 | 11/29/00 | [Re: DEF 1] HRH Minute Order that, by agreement of the judges, this case is reassigned to Judge Holland. cc: USA, USM, PTS,FPD,Judge Singleton, MJ Branson |
| 13 - 1 | 11/29/00 | HRH Minute Order setting proposed change of plea for 12/1/00 at 8;30. cc: USA, USM, PTS, FPD, MJ Branson |
| 14 - 1 | 11/29/00 | [Re: DEF 1] HRH Court Minutes [ECR: Bonnie Boyer] FPTC (held 11/28/00) def cnsl made oral mot to continue hrg for 2 days; GRANTED; def cnsl stated def would be changing plea; PCOP hrg set for 12/1/00 at 8:30am before Judge Holland; petition to revoke in case A99-090CR (HRH) to be resolved at that time; crt VACATED trial set for 12/4/00. cc:USA, FPD, USM, PO, MJ Branson, JC |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0140--CR (HRH)
"USA V CARLOS CHAVEZ-HERNANDEZ"

For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 11/30/00 | Plea Agreement. |
| 16 - 1 | 12/01/00 | [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton] PCOP & admission hrg on petition to revoke supervised release (held 12/1/00) def changed pleas to guilty to Ct 1 of Indt and admitted to the petition; IOS set for 1/2/01 at 8:30am; def detained pending IOS; Mr. Thompson stated that he will be available for the 1/2/01 hrg. cc: USA, FPD, USM, PO, MJ Branson, A99-0090CR (HRH) |
| 17 - 1 | 12/26/00 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 18 - 1 | 12/26/00 | DEF 1 Sentencing Memorandum and disposition memo. |
| 19 - 1 | 01/02/01 | [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton] re IOS (held 1/2/01); crt revoked SR in A99-090CR; sent 15 mos on A00-140CR to be served consecutive to 8 mos in A99-0090CR; SR 36 mos in A00-140CR; SA $100 in A00-0140CR due immediately; SA still owing in A99-090CR is carried over & due and payable immediately. cc: A00-090CR |
| 20 - 1 | 01/04/01 | [Re: DEF 1] HRH Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); sent 15 mos; SR 36 mos; SA 100. cc: USA, FPD, USM, USPO, MJ Branson, C. Chavez-Hernandez w/cnsls cy, FLU |
| 21 - 1 | 02/05/01 | [Re: DEF 1] Partial Transcript re: IOS/Disposition Hrg on Mot to revoke SR held 1/2/01. |
| 22 - 1 | 10/22/01 | DEF 1 Application to proceed In Forma Pauperis. |
| 23 - 1 | 10/26/01 | [Re: DEF 1] JWS Order denying IP; any 2255 must be filed by 1/4/02. cc: C. Chavez-Hernandez, PSLC |
| 24 - 1 | 11/28/01 | DEF 1 motion to waive financial responsibility program fees |
| 25 - 1 | 12/11/01 | [Re: DEF 1] HRH Minute Order denying motion to waive financial responsibility program fees (24-1). cc: USA, C. Hernandez, USM, USPO, FLU |